FILED
2010 JAN 26 P 2:27
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. DIST. OF CA.

1  THOMAS EASTON CSB #109218
   LAW OFFICE OF THOMAS EASTON
2  967 Sunset Dr
   Springfield OR 97477
3  Tel: 541-746-1335
   easton3535@gmail.com
4
   JONATHAN H. LEVY CSB #158032
5  37 Royale Pointe Dr
   Hilton Head SC 29926
6  Tel: 843-837-8413
   Fax: 202-318-2406
7  jonlevy@hargray.com

8  Attorneys for Plaintiffs

E-filing

9

10

11

12

13            UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15

16  TAIWAN CIVIL RIGHTS LITIGATION         ND  U362
    ORGANIZATION (TCRLO),
17  FORT NIGHT HOLDINGS LLC, and
    PACIFIC SENTRY ASSOCIATES LLC.,      VERIFIED COMPLAINT FOR:
18
            Plaintiffs,                  1.  AN ACCOUNTING;
19
         v.                              2.  UNJUST ENRICHMENT;
20
                                         3.  RESTITUTION;
21  KUOMINTANG BUSINESS
    MANAGEMENT COMMITTEE (KBMC)          4.  DECLARATORY JUDGMENT.
22  and DOES 1-20,

23          Defendants.

24

25

26

27

28

COMPLAINT ~                                              Page 1 of 14

1

# TABLE OF CONTENTS

Page

I. INTRODUCTORY STATEMENT ................................................. 3

II. DEFINITIONS ............................................................... 4

III. JURISDICTION & VENUE ..................................................... 5

IV. STANDING OF PLAINTIFFS ................................................... 5

V. PLAINTIFFS ............................................................... 6

VI. DEFENDANT ............................................................... 8

VII. FACTS PERTAINING TO BONDS .............................................. 9

VIII. FACTS PERTAINING TO UNJUST ENRICHMENT ............................... 10

IX. LEGAL AND EQUITABLE TOLLING & ESTOPPEL ............................... 10

X. CAUSES OF ACTION ...................................................... 11

    FIRST CAUSE OF ACTION - ACCOUNTING .................................... 11

    SECOND CAUSE OF ACTION - UNJUST ENRICHMENT ........................... 11

    THIRD CAUSE OF ACTION - RESTITUTION ................................... 12

    FOURTH CAUSE OF ACTION - DECLARATORY RELIEF .......................... 12

XI. PRAYER FOR RELIEF ...................................................... 13

VERIFICATION .............................................................. 14

EXHIBIT A ................................................................. A1-A4

1
2
3

## I. INTRODUCTORY STATEMENTS REGARDING COMPLAINT

4    1. This is a civil action arising under international law and the laws of the United States
5  of America on behalf of named plaintiffs hereafter referred to as *bondholders*, who have suffered
6  monetary loss due the systematic and corrupt financial practices by an organization currently
7  known as the Kuomintang Business Management Committee hereinafter abbreviated as KBMC,
8  which under various names exerted substantial control over the finances of the Government of
9  China (1912-1926) and the Republic of China (ROC) from 1927 until approximately 2000 and
10  currently functions as a private, non sovereign entity managing banks, shipping lines, technology
11  companies and assorted other businesses ventures worth an estimated $6 billion dollars.

12    2. This action is made necessary by the refusal of the non defendant sovereign entities
13  ROC and the Peoples Republic of China (PRC) to honor numerous defaulted securities known
14  as *bearer bonds* and owned by plaintiff bondholders. This is a legal action against the KBMC
15  as the ultimate beneficiary of these defaulted bonds to provide an accounting of converted assets
16  and disgorge property in its possession and restore the profits of unjust enrichment.

17    3. Defendant KBMC has long been involved in the finances of both the public and
18  private sectors of China, Hong Kong, and Taiwan. At the outbreak of the Second World War
19  in 1939, the ROC defaulted on all of its foreign debt obligations known as "bearer bonds." It
20  then issued other bonds sold to overseas Chinese known as Victory and Allied bonds and
21  similarly defaulted on these bonds in 1949 when the ROC fled into exile on Taiwan. The ROC
22  in exile by Presidential Order on October 29, 2003 and implemented from March 1, 2004 by the
23  Order of the Executive Yuan decreed that the following debts shall not be repaid prior to
24  national unification:

25      1. Outstanding foreign currency bonds issued in the Mainland prior to 1949 and
       the short-term Gold Bonds of 1949.
26
27      2. Various debts owed by any government bank as well as any other financial
       institution accepting deposits before their retreat from the Mainland
28      In 2008, the United States District Court for the Southern District of New York found that

COMPLAINT ~                                                                    Page 3 of 14

1    certain bondholder claims against the PRC were barred by the statute of limitation. *Morris v.*
2    *PRC*, 478 F. Supp. 2d 561.

3        5. Plaintiff bondholders seek an accounting, declaratory relief, restitution, disgorgement,
4    and other remedies from KMT regarding a cross section of Chinese bearer bonds in their
5    possession.

6

7                               **II. DEFINITIONS**

8        6. The term "bearer bond" refers to an unregistered debt security issued in this case by
9    the Government of China or ROC in which no records are kept of the owner, or the transactions
10   involving ownership. Whoever physically holds the paper on which the bond is issued owns the
11   instrument. All the bonds mentioned herein are bearer bonds.

12       7. The term "defaulted bonds" in terms of this action refers only to the issues possessed
13   by plaintiff bondholders for which they have paid value and in good faith that these are actual
14   securities that may be eventually redeemed through legal or extra-legal means and in reliance
15   on the ROC presidential decree of 2003.

16       8. Republic of China (ROC) refers to the government of China 1927-1949 and the
17   government of the Republic of China in Exile on Taiwan 1949 to present which is still
18   recognized by a small number of minor countries as the legitimate government of China. The
19   ROC in exile also claims to be the government of Mongolia, and Touva, a Russian province.

20       9. Government of China refers to the Chinese government in the period after the fall of
21   the Imperial Chinese Government in 1912 and the recognition of the Kuomintang controlled
22   Republic of China in 1927.

23       10. Peoples Republic of China (PRC) refers to the currently recognized government of
24   China.

25       11. Kuomintang (KMT) refers to the Chinese Nationalist Party which was the ruling
26   party of portions of China from 1917-1927 and the ROC from 1927-2000. The Kuomintang
27   structure was organizationally modeled on the Communist Party of the Soviet Union and thus
28   functioned in tandem with the ROC despite being a separate entity. With the election of Chen

COMPLAINT ~                                                           Page 4 of 14

1  Shui-bian of the Democratic Progressive Party as president of the ROC in exile on Taiwan in
2  2000, the symbiotic relationship between the KMT and the ROC was severed.

### III. JURISDICTION & VENUE

5  12.  This Court has jurisdiction pursuant to 28 U.S.C. §1332(a) in that the amount in
6  controversy in a claim asserted and sought to be asserted herein by a plaintiff exceeds the sum
7  of $75,000, exclusive of interest and costs and plaintiffs herein are U.S. corporate citizens and
8  thus diverse in citizenship from defendant KBMC which is a juridic citizen of the Republic of
9  China in Exile on Taiwan.

10  13. This Court has supplemental jurisdiction over plaintiffs' non-federal claims pursuant
11  to 28 USC § 1367 and for any claims not otherwise covered by the aforementioned jurisdictional
12  bases.

13  14.  This Court has personal jurisdiction over the KBMC in that the named defendant
14  conducts for profit commerce within the State of California and under the name Kuomintang as
15  an unincorporated non profit California association long doing business pursuant to California
16  Corporations Code § 18020 in San Francisco and Oakland and in Chinatowns throughout the
17  United States as well as maintaining a presence in Washington, DC.

18  15.  Venue is proper in this Court because the defendant is doing business in this District
19  and may be found in this District within the meaning of 28 USC § 1391(c) and/or, as aliens, may
20  be sued in any district pursuant to 28 USC § 1391(d).

21  16.  Defendant may be found in this District and plaintiffs are unable to pursue remedies
22  in the places where the transaction occurred in that no adequate or available remedies exist and
23  that such efforts would be futile in that the transactions occurred in multiple jurisdictions and
24  plaintiffs have a well founded fear of retaliation in the PRC or ROC were they to file an action
25  in those jurisdictions.

### IV. STANDING OF PLAINTIFFS

28  17.  Plaintiffs Pacific Sentry Associates LLC and Fort Night Holdings LLC possess

1  specific bearer bonds enumerated *infra* issued by ROC and the Government of China from which
2  KBMC has been unjustly enriched.

3      18. The organizational plaintiff, Taiwan Civil Rights Litigation Organization (TCRLO)
4  has as actual members and represents members in Taiwan and elsewhere who own bearer bonds
5  and therefore has a direct stake and interest in an accounting of and a declaratory judgement
6  regarding these bonds. The individuals and groups represented by TCRLO may maintain an
7  action their own right but do not do so out of fear of retaliation by the ROC and KMT or are
8  otherwise unable to do so.

9      19. Plaintiffs Pacific Sentry Associates and Fort Night Holdings have paid monetary
10 consideration for their bonds in secondary or tertiary markets, often above and beyond the face
11 value of the bonds and in expectation that these bonds may one day be redeemed.

12

13                              **V. PLAINTIFFS**

14     20. Plaintiff  Pacific Sentry Associates LLC is a Wyoming LLC holds the following
15 bearer bonds for which it has paid reasonable value in expectation of redemption with a current
16 face value of approximately $10,000 US:

17          a.  One Hundred Twenty Six -1913 5% Chinese Government
18      Reorganization Gold Loan Bonds denominated £20;

19          b.  Forty Seven - 5% Chinese Government Reorganization Gold Loan
20      Bonds  denominated £100;

21          c.  One - 1921 8% Government of the Republic of China Lung-Tsing-U-
22      Hai Railway Loan bond denominated 500 Belgian Francs;

23          d. One - 1937 4% National Government of the Republic of China
24      Liberty Bond denominated 5 Yuan;

25          e. One - 1937 4% National Government of the Republic of China
26      Liberty Bond denominated 10 Yuan;

27          f.  One - 1942 4% National Government of the Republic of China Allied
28      Victory Bond US Dollar Loan denominated $20 US;

1    g. Pacific Sentry Associates, LLC holds on assignment the 119,920

2  additional defaulted bonds in **Exhibit A** with a total current face value well

3  exceeding $2,750,000 US for which reasonable value had been paid in

4  expectation of redemption.

5    21. Plaintiff Fort Night Holdings LLC is a Florida LLC holder of the following bearer

6  bonds for which it has paid reasonable value with a current face value of approximately

7  $213,533 US.

8    a. Thirty Two - 1898 Chinese Imperial Government 4.5 % Anglo

9  German Gold Loan denominated £100;

10    b. Two - 1899 5% Imperial Railways of Northern China Gold Bond

11  denominated £100;

12    c. Five - 1904 5% Chinese Imperial Shanghai Nanking bonds

13  denominated £100;

14    d. Two - 1907 5% Chinese Imperial Canton Kowloon Railway Gold

15  Loan Bonds denominated £100;

16    e. One - 1910 Imperial Chinese Government 5% Tientsin Pukow

17  Railway Supplemental Loan denominated £100;

18    f. One Hundred and four - 1911 Imperial Chinese Government 5%

19  Hukuang Railways Gold Loan denominated £100;

20    g. Four 1912 Chinese Government 5% Gold Loan denominated £100;

21    h. One 1912 Chinese Government 5% Crisp Gold Loan bond

22  denominated £500;

23    i. Six Hundred and Fifty - 1913 Government of the Chinese Republic

24  5% Ling Tsing-U-Hai Railway denominated £20;

25    j. One thousand five hundred and Seventy Two -1913 5% Chinese

26  Government Reorganization Gold Loan Bonds denominated £20;

27    k. Five hundred and Fifty Nine – 1913 5% Chinese Government

28  Reorganization Gold Loan Bonds denominated £100;

1                           l. Two - 1913 5.5% Government of the Province of Petchili Bonds

2     denominated £20;

3                   m. One - 1916 8% Chinese Government Loan Bond denominated £100;

4                   n. One - 1920 Republic of China Lung-Tsing-U-Hai Railway bonds

5     denominated 500 Belgian Francs;

6                 o. Five hundred and forty one - 1925 5% Republic of China French

7     Bonds denominated $50 Gold US;

8                 p. One - 1937 4% National Government of the Republic of China

9     Liberty Bond denominated 5 Yuan;

10               q. One - 1937 4% National Government of the Republic of China

11    Liberty Bond denominated 10 Yuan;

12               r. One - 1937 4% National Government of the Republic of China

13    Liberty Bond denominated 50 Yuan;

14               s. Two - 1937 4% National Government of the Republic of China

15    Liberty Bond denominated 100 Yuan.

16    22.  Taiwan Civil Rights Litigation Organization (TCRLO) is a California non profit

17   corporation which seeks redress for its members and supporters through civil rights litigation

18   regarding property interests fraudulently conveyed by the KBMC.  TCRLO litigates against

19   defendants having legal standing to be sued under the Taiwan Relations Act in U.S. Courts as

20   a public policy reaffirmation of statutory requirements to preserve and enhance these human

21   rights objectives in Taiwan.

22

23    **VI. DEFENDANT - KUOMINTANG BUSINESS MANAGEMENT COMMITTEE (KBMC)**

24    23.  Defendant Kuomintang Business Management Committee (KBMC) is based in

25   Taipei, Taiwan but does business internationally in the areas of banking, shipping,

26   manufacturing and other commercial ventures. KBMC controls what are known as *guomindang*

27   *dangyingshiye* or nationalist controlled enterprises at one time equaling 30% of Taiwan's Gross

28   National Product (GNP). It's assets are now valued at approximately $6 billion US.

1    24. Plaintiffs are unaware of the true names and capacities of defendants sued herein as
2  DOES 1 - 20, inclusive, and therefore sues these defendants by such fictitious names. Plaintiffs
3  will amend this complaint to allege their true names and capacities when ascertained. Plaintiffs
4  are informed and believes and therefore alleges that each of the fictitiously named defendants
5  is responsible in some manner for the occurrences herein alleged, and that plaintiffs' injuries as
6  herein alleged were proximately caused by such defendants. These fictitiously named defendants
7  are herein referred to collectively as "defendants." These defendants are juridic citizens of
8  countries other than the United States.

9

10                        **VII. FACTS PERTAINING TO BONDS**

11    25. All the defaulted bonds were issued by the Republic of China or its predecessors and
12  had actual payments or assurances of future payment made upon them by the ROC. The current
13  values  of the bonds are unknown to plaintiffs. All the bonds are covered under the ROC
14  Presidential Order of 2003 and are believed to be in default as to principle and interest no later
15  than 1939 except as follows below.

16    26. The 1937 National Government of the Republic of China 4% Liberty Bond issue was
17  extensively marketed to Chinese expatriates in the United States and cleared through Bank of
18  China in New York now called Mega International Commercial Bank as part of a Chinese
19  $500,000,000 issuance with a redemption date of approximately 1970.  The bond issue was
20  partially redeemed between 1945-1949 at a conversion rate of 27,050  times face value. Partial
21  redemption was halted in 1949 and the remainder of the issue is in default. The current value
22  is unknown.

23    27. The 1940 National Government of the Republic of China 6% Military Supplies Loan
24  Bond was extensively marketed to Chinese expatriates in the United States and cleared through
25  Bank of China in New York now Mega International Commercial Bank.  The redemption date
26  for these bonds was 1968 but were in default as of approximately 1948. The current value is
27  unknown.

28    28. The 1942 4% Allied Victory US Dollar Loan Bond was  extensively marketed to

COMPLAINT ~                                                              Page 9 of  14

1  Chinese expatriates in the United States and cleared through Bank of China in New York now
2  Mega International Commercial Bank. The redemption date for these bonds was 1953 but were
3  in default as of approximately 1948. The current value is unknown.

4

5               **VIII. FACTS PERTAINING TO UNJUST ENRICHMENT**

6       29. The KBMC acquired assets through its relationship with the Kuomintang which was
7  the government of the ROC 1927-1949 and the government of the Republic of China in Exile
8  1949-2000.

9       30. The assets that KBMC acquired included the remaining proceeds of the defaulted
10  bonds which were commingled with other assets in 1950 when the KMT overhauled the
11  financial system of Taiwan under the advisement of the KBMC which profited from the
12  conversion of Taiwanese, formerly Japanese, and Chinese assets into KMT assets at the expense
13  of bondholders. In 1950 the KBMC was further enriched at the expense of bondholders when
14  the ROC converted its island currency to the New Taiwan Dollar much to the detriment of those
15  bondholders holding gold backed bonds. Upon a loss of the gold collateral of the defaulted
16  bonds, the KBMC wrongfully acquired the surplus gold during this fraudulent conveyance in
17  1950 at the expense of bondholders.

18       31. KBMC has profited and continues to profit as the expense of bondholders by holding
19  assets derived from the defaulted bond issues and that may be used to redeem defaulted bonds
20  and pay accrued interest.

21       32. Prior to 2000, the KBMC through its relationship with the KMT dictated the
22  economic policies of the ROC including its bond issuing and redemption policies. The
23  Presidential Decree of 2003 by Chen Shui-bian was part of his effort to sever the KMT and
24  KBMC from the government of the ROC.

25

26               **IX. LEGAL AND EQUITABLE TOLLING & ESTOPPEL**

27       33. No statute of limitations has begun to run on the equitable causes of action stated
28  herein because defendants' misconduct is continuing; defendants have not made any reasonable

COMPLAINT ~                                                              Page 10 of 14

1  attempt to disgorge their illicit profits, account for property, return property, acknowledge their
2  wrongdoing or otherwise compensate or make amends to bondholders. Defendants have
3  continued to reap profits as a result of their actions and have refused all requests by plaintiffs for
4  an accounting of the funds in question. Defendants are therefore estopped from interposing any
5  type of time bar defense to these equitable claims.

6      34. The Statute of Limitation is tolled by the ROC Presidential Order on October 29,
7  2003 of Chen Shui-bian and implemented from March 1, 2004 by the Order of the Executive
8  Yuan that decreed that the defaulted bonds described herein shall not be repaid prior to national
9  unification.

10
11                          **X. CAUSES OF ACTION**
12                     **FIRST CAUSE OF ACTION - ACCOUNTING**

13      35. Plaintiffs reallege and incorporate herein, as though fully set forth, the allegations of
14  all preceding paragraphs of the Complaint.

15      36. Defendants have never accounted for or paid the value of plaintiffs' property or the
16  profits which defendants have derived from that property..

17      37. As a result of the value of their property having been taken from them, against their
18  will and without just payment by defendants, plaintiffs have been unable to use or invest those
19  assets and are lacking information about the value of their bonds including demands by the
20  Foreign Bondholders Protective Council.

21      38.  Defendants have had actual and constructive notice of past demands for an
22  accounting and refuse to conduct an accounting.

23      39. As a result of defendants' aforesaid wrongful acts and omissions, plaintiffs have been
24  injured and damaged and demand the equitable remedy of accounting to determine value of their
25  property and the profits derived therefrom.

26
27                  **SECOND CAUSE OF ACTION - UNJUST ENRICHMENT**
28      40. Plaintiffs reallege and incorporate herein, as though fully set forth, the allegations of

COMPLAINT ~                                                          Page 11 of 14

1   all preceding paragraphs of the Complaint.

2        41. Defendants received, retained and made use of assets given to them by members of
3   the Kuomintang Regime, which rightfully belong to plaintiffs.

4        42. Defendants have failed to account for and/or pay to plaintiffs the value of their
5   property and profits derived therefrom.

6        43. As a result of defendants' wrongful acts and omissions, defendants have been
7   unjustly enriched to the detriment of plaintiffs.

8        44. Plaintiffs therefore demand restitution and judgment against defendants in an amount
9   to be determined at trial, together with interest, attorneys' fees, and the costs of this action.

10

11                    **THIRD CAUSE OF ACTION - RESTITUTION**

12        45. Plaintiffs reallege and incorporate herein, as though fully set forth, the allegations of
13   all preceding paragraphs of the Complaint.

14        46. Plaintiffs' assets have been taken, thus denying plaintiffs the use and enjoyment
15   thereof; defendants have wrongfully used and profited from that property; and compensation in
16   damages is inadequate in that the property taken cannot be replaced and the harm inflicted
17   cannot be undone by mere compensation.

18        47. As a result of defendant's wrongful acts and omissions, plaintiffs have been injured
19   and damaged and demand equitable remedies including restitution.

20

21                **FOURTH CAUSE OF ACTION - DECLARATORY RELIEF**

22        48. Plaintiffs reallege and incorporate herein, as though fully set forth, the allegations of
23   all preceding paragraphs of the Complaint.

24        49. Defendant KBMC controlled the investments of the Kuomintang which was the
25   government of ROC 1927-2000. Plaintiffs seek a declaratory judgment that KBMC was the
26   beneficiary of the defaulted bonds and that the assets were privatized and are controlled by
27   KBMC.

28

COMPLAINT ~                                                           Page 12 of 14

1                                    **XI. PRAYER FOR RELIEF**

2      WHEREFORE, Plaintiffs pray that the Court:

3      1. Order defendants to make available all information relating to the defaulted bonds in

4 their possession including the inflows to the defendants and outflows from the defendants of

5 such assets connected with these bonds;

6      2. Direct defendants to return all remaining assets belonging to plaintiffs and received

7 by defendants and redeem the bonds in the amount of no less than $2,973,533.00 plus interest,

8 penalties, and gold value;

9      3. Award plaintiffs the value of any identified assets or their aliquot share of property

10 deposited by defendants, plus interest compounded annually since received by defendants;

11      4. Order defendants to disgorge any profits earned by trafficking in, disposing of, or

12 concealing the assets which are related to the defaulted bonds;

13      5. Award plaintiffs the costs of this action, including attorney and expert fees; and other

14 reasonable expenses;

15      6. Grant such other and further relief as shall seem just to the Court.

16 DATED: January 25, 2010.

17                                                            THOMAS EASTON, Esq.

18

19

20                                                     JONATHAN LEVY, Esq.
                                                    Of Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

COMPLAINT ~                                                             Page 13 of 14

1          VERIFICATION

2

3  The undersigned John Hsieh, a citizen of California, declares under penalty of perjury of the

4  laws of the United States that he is an officer of the Taiwan Civil Rights Litigation

5  Organization, a California non profit corporation, and that he has read the allegations of the

6  verified complaint and that the allegations therein are true as to the best of his knowledge.

7

8

9  DATED January 22, 2010

10

11

12

13  John Hsieh

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT ~                                              Page 14 of 14

# EXHIBIT A

| No | ISSUE NAME | DATE | DENO | CURRENCY | QTY |
|---|---|---|---|---|---|
| 1 | 1895 4 % Franco-Russian | 1895 | | | 5 |
| 2 | 1898 4,5 % Anglo-German | 1898 | 25 | Pounds | 5 |
| 3 | 1898 4,5 % Anglo-German Berlin | 1898 | 50 | Pounds | 5 |
| 4 | 1898 4,5 % Anglo-German Hong- Kong | 1898 | 50 | Pounds | 5 |
| 5 | 1898 4,5 % Anglo-German Berlin | 1898 | 100 | Pounds | 5 |
| 6 | 1898 5 % Anglo-German London | 1898 | 100 | Pounds | 5 |
| 7 | 1898 4,5 % Angl-German Hong- Kong | 1898 | 100 | Pounds | 5 |
| 8 | 1898 4.5 % Anglo German | 1898 | 20 | USD | 50 |
| 9 | 1898 4,5 % Anglo-German | 1898 | 50 | Pounds | 100 |
| 10 | 1898 4.5 % Anglo German | 1898 | 500 | Pounds | 10 |
| 11 | 1898 4,5 % Anglo-German | 1898 | 100 | Pounds | 138 |
| 12 | 1899 5 % Imperial Railways of North | 1899 | 100 | | 5 |
| 13 | 1902 4 % Russian Loan (Emprunt | 1902 | 231 | Rubles | 5 |
| 14 | 1902 4 % Russian chinese Boxer (Emprunt Chinois) | 1902 | | | 5 |
| 15 | 1902 4 % Russian chinese Boxer | 1902 | 610 | Francs | 5 |
| 16 | 1902 4 % Russian Loan (Emprunt | 1902 | 463 | Rubles | 5 |
| 17 | 1902 4 % Russian chinese Boxer | 1902 | 1220 | Francs | 5 |
| 18 | 1902 4 % Russian Loan (Emprunt | 1902 | 925 | Rubles | 5 |
| 19 | 1902 4 % Russian chinese Boxer | 1902 | 2240 | Francs | 5 |
| 20 | 1902 scrip Certificate for coupons 5 % | 1902 | | | 70 |
| 21 | 1902 Scrip Certificate for bonds 5 % | 1902 | 500 | Francs | 190 |
| 22 | 1903 5 % Kaifeng-Honan (Pien Lo) | 1903 | 500 | Francs | 15 |
| 23 | 1903 5% Shanghai-Nanking | 1903 | 500 | Francs | 40 |

EXHIBIT A ~ 1

| | | | | | |
|---|---|---|---|---|---:|
| 24 | 1903 5 % Cheng Tai Railway | 1903 | | | 1,150 |
| 25 | 1904 Shanghai Nanking Net Profit Sub | 1904 | 20 | Pounds | 5 |
| 26 | 1904 5% Shanghai-Nanking | 1904 | 100 | Pounds | 70 |
| 27 | Chinese Imperial Government 5% Gold | 1905 | 100 | Pounds | 5 |
| 28 | Gouverment Impérial de Chine | 1905 | | | 500 |
| 29 | 1907 5 % Canton Kowloon | 1907 | 100 | Pounds | 5 |
| 30 | 1907 Fractionnal scrip CANTON | 1907 | 11 | Pounds | 35 |
| 31 | 1908 5 % Tientsin - Pukow Railway | 1908 | 12 | Pounds | 5 |
| 32 | 5 % Kaiserlich Chinesische Tientsin- | 1908 | 20 | Pounds | 5 |
| 33 | 1908 5 % Tientsin- Pukow Germ | 1908 | 50 | Pounds | 5 |
| 34 | 5 % Kaiserlich Chinesische Tientsin- | 1908 | 100 | Pounds | 5 |
| 35 | 1908 5 % Tientsin - Pukow Railway | 1908 | 20 | Pounds | 135 |
| 36 | 5 % Tientsin-Pukow Railway Loan | 1908 | 100 | Pounds | 75 |
| 37 | 1909 5 % ( 4.50 % ) Anglo French 1908 | 1909 | 20 | Pounds | 5 |
| 38 | 1909 5 % Anglo French 1908 | 1909 | 100 | Pounds | 5 |
| 39 | 1910 5% Supplementary | 1910 | 20 | Pounds | 20 |
| 40 | 1910 5 % Supplementary TiensinPukow Railway | 1910 | 100 | Pounds | 10 |
| 41 | 1911 5% Peking- Hankow | 1911 | 1000 | Yen | 5 |
| 42 | 1911 5 % Hukuang Railways | 1911 | 100 | Pounds | 118 |
| 43 | 1911 5 % Hukuang Railways | 1911 | 20 | Pounds | 900 |
| 44 | 1912 Treasury Bonds 8 % | 1912 | 5 | Pounds | 5 |
| 45 | 1912 Treasury Bonds 8 % | 1912 | 9 | Pounds | 5 |
| 46 | 1912 Treasury Bonds 8 % | 1912 | 10 | Pounds | 5 |
| 47 | 1912 Treasury Bonds 8 % | 1912 | 12 | Pounds | 5 |

**EXHIBIT A ~ 2**

| | | | | | |
|---|---|---|---|---|---|
| 48 | 1912 Treasury Bonds 8 % | 1912 | 50 | Pounds | 5 |
| 49 | 1912 5% Crisp Gold Loan | 1912 | 20 | Pounds | 110 |
| 50 | 1912 5% Crisp Gold Loan | 1912 | 500 | Pounds | 10 |
| 51 | 1912 5 % Crisp Gold Loan | 1912 | 100 | Pounds | 82 |
| 52 | Government of the Province of | 1913 | 20 | Pounds | 800 |
| 53 | The Chinese Government 5 % | 1913 | 100 | Pounds | 394 |
| 54 | Lung-Tsing-U-Haï Railway 5 % | 1913 | 20 | Pounds | 35,279 |
| 55 | The Chinese Government 5 % | 1913 | 20 | Pounds | 30,583 |
| 56 | 1914 5 % French Industrial | 1914 | 500 | Francs | 5,725 |
| 57 | Chinese Government 8% 10 Year | 1918 | 100 | Pounds | 5 |
| 58 | 1918 Treasury Bill | 1918 | 100 | Pounds | 5 |
| 59 | Chinese Government 8% 10 Year | 1918 | 500 | Pounds | 5 |
| 60 | Chinese Government 8% Tenth Year | 1919 | 100 | Pounds | 5 |
| 61 | Chinese Government 8% Tenth Year | 1919 | 500 | Pounds | 5 |
| 62 | 1920 8 % Lung-Tsing-U-Hai Rail First | 1920 | 1000 | Guldens | 150 |
| 63 | 1920 8 % Lung-Tsing-U-Haï | 1920 | 500 | Belgium | 12,600 |
| 64 | 1921 8 % Lung-Tsing-U-Hai Railw | 1921 | 500 | Belgium | 7,750 |
| 65 | Government of the Chinese | 1922 | 20 | Pounds | 2,250 |
| 66 | 1923 8 % Lung-Tsing-U-Hai | 1923 | 500 | Belgium | 5 67 |

**EXHIBIT A ~ 3**

| | | | | |
|---|---|---|---|---|
| 67 | 1923 8 % LTUH. 2nd.Dutch | 1923 | 1000 | Guldens | 35 |
| 68 | 1923 8 % Lung-Tsing-U-Hai Dutch | 1923 | 1000 | Guldens | 1,950 |
| 69 | 1923 8 % Long-Tsing-U-Hai Railw | 1923 | 500 | Belgi | 7,880 |
| 70 | 1925 8 % Skoda Loan II | 1925 | 5 | Pounds | 5 |
| 71 | 1925 8 % Skoda Loan II | 1925 | 10 | Pounds | 5 |
| 72 | 1925 Ministry of communications | 1925 | 1000 | USD | 10 |
| 73 | 1925 8 % Skoda Loan II | 1925 | 50 | Pounds | 35 |
| 74 | 1925 8 % Skoda Loan II | 1925 | 100 | Pounds | 50 |
| 75 | 1925 8 % Skoda Loan II | 1925 | 500 | Pounds | 15 |
| 76 | 1925 8 % Skoda Loan II | 1925 | 1000 | Pounds | 45 |
| 77 | 1925 8 % Lung-Tsing-U-Hai Rail | 1925 | 500 | Francs | 1,150 |
| 78 | République Chinoise 5 % Gold Bond | 1925 | $50 | USD | 7,800 |
| 79 | 1928 8 % Dutch Long-Tsing-U-Hay | 1928 | 1000 | Guldens | 5 |
| 80 | 1938 5 % Tientsin-Pukow Fund .... | 1938 | 10 | Pounds | 5 |
| 81 | Chinesische Tientsin- | 1938 | 12 | Pounds | 20 |
| 82 | 4 % Liberty Bond 26th year of the | 1937 | $10 | USD | 5 |
| 83 | The 30th Year Army Supply Bonds | 1940 | $10 | USD | 5 |
| | TOTALS | | | | 119,920 |

**EXHIBIT A ~ 4**