**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIWAN CIVIL RIGHTS LITIGATION ORGANIZATION, ET AL., | No. C 10-0362 JL |
| Plaintiffs, | **ORDER GRANTING APPEARANCE BY TELEPHONE (Docket # 9)** |
| v. | |
| KUOMINTANG BUSINESS MANAGEMENT COMMITTEE, et al., | |
| Defendants. | |

The Court received the request of Plaintiff's counsel Thomas Dewey Easton, Law office of Thomas Easton, Springfield, OR, 541-746-1335, to appear by telephone at the hearing on April 7, 2010 at 9:30 a.m., on Plaintiff's motion to strike and motion to dismiss. The motion to appear by telephone is hereby granted. Order of call is determined by the Court. Counsel shall be available to receive the Court's call.

IT IS SO ORDERED.

DATED: March 18, 2010

_____
James Larson
United States Magistrate Judge

G:\JLALL\CASES\CIVIL\10-0362\Order Grant 9.wpd       1