THOMAS EASTON CSB #109218
LAW OFFICE OF THOMAS EASTON
967 Sunset Dr
Springfield OR 97477
Tel: 541-746-1335
easton3535@gmail.com

JONATHAN H. LEVY CSB #158032
37 Royale Pointe Dr
Hilton Head SC 29926
Tel:  843-837-8413
Fax: 202-318-2406
jonlevy@hargray.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TAIWAN CIVIL RIGHTS LITIGATION ORGANIZATION (TCRLO), et al,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**KUOMINTANG BUSINESS MANAGEMENT COMMITTEE (KBMC), et al.**<br><br>**Defendants.** | **NO. C-10-362-VRW**<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND/OR DECALENDARING and DECLARATION OF EASTON IN SUPPORT**<br><br>Date:  June 10, 2010<br>Time: 11:00 a.m.<br>Ctrm: 6, 17th Floor<br>Honorable Vaughn R. Walker |

Plaintiff TAIWAN CIVIL RIGHTS LITIGATION ORGANIZATION (TCRLO) requests the Court to continue the Case Management Conference set for June 10, 2010 for either 30 days, to July 8, 2010, or to decalender the conference for the reason that defendant KUOMINTANG BUSINESS MANAGEMENT COMMITTEE (KBMC) has not appeared, has been served, and plaintiff is moving for a Clerk's Default.

The apparent appearance of defendant KBMC by the so-called Three People Principles Foundation (3PPF) appears to be no more than an officious intermeddler in their improper Motion to Dismiss (Doc. 3, 4, & 5) of March 1, 2010.

1   As defendant KBMC has not appeared, and refuses to communicate with plaintiff

2   there is no possibility of a joint status conference statement being filed on June 3, 2010, as

3   ordered by the Court (Doc.5-1, April 5, 2010); nor any use for a Case Management

4   Conference on June 11, 2010.

5   Plaintiff is preparing to file a certificate of service pursuant to FRCP Rule

6   4(f)(2)(C)(ii) and a motion for a clerk's default.

7   DATED: June 1, 2010.                                    Respectfully submitted
                                                            /s/ Thomas Easton

8                                                           Of Attorneys for Plaintiff TCRLO

9

10

11                   **DECLARATION OF THOMAS EASTON IN SUPPORT**

12   I, Thomas Easton, declare the following:

13   1.  I am an attorney admitted to the Courts of the State of California and to this Court,

14   and am counsel of record for plaintiff TCRLO in this action and I have personal knowledge

15   of the facts contained in this declaration and if called as a witness I could and would testify

16   competently to said facts.

17   2.  A woman claiming to be of the Three People Principles Foundation (sic), and also

18   defendant KBMC, telephoned me shortly after the documents for the motion to dismiss were

19   filed (Doc. 3, 4, & 5), but she had poor English skills and was unintelligible to me.

20   3.  Apparently the same woman telephoned my colleague, Jonathan Levy, repeatedly

21   after that and abused him verbally, taunting him by claiming they had no money and we

22   would never be able to collect anything from this lawsuit.

23   4.  I have written the 3PPF at their Alhambra address and have received no reply.

24   5.  We therefore conclude that 3PPF is merely an officious intermeddler and does not

25   in fact represent defendant KBMC, and thus impossible to make a joint status statement.

26   6.  We are preparing our Request for Clerk's Default against KBMC as KBMC was

27   served pursuant to FRCP Rule 4(f)(2)(C)(ii) on April 12, 2010 and has filed no responsive

28   pleading.

1    I declare under penalty of perjury under the laws of the State of California and the

2    United States that the foregoing is true and correct and executed this 1st day of June, 2010, in

3    Springfield, Oregon.

4                                                                    /s/ Thomas Easton

5

6

7

8                        **CERTIFICATE OF SERVICE BY MAIL**

9        The undersigned hereby certifies that he is a member in good standing of the bar of
     this court and that the foregoing: REQUEST FOR CONTINUANCE OF CASE
     MANAGEMENT CONFERENCE AND/OR DECALENDARING and DECLARATION

10   OF EASTON IN SUPPORT in this case was served this date, by placing copies in the United
     States mail, with postage prepaid thereon, addressed to:

11

12

13   **Kuomintang Business Management Committee (KBMC),**
     **232-234, Sec. 2 Ba De Road,**

14   **Zhongshan District,**
     **Taipei City, Taiwan**

15

16

17   **and also to:**

18

19   **Three People's Principles Foundation**
     **P.O. Box 6756**
     **Alhambra, California 91802**

20

21

22       I declare under penalty of perjury under the laws of the United States of America and
     the State of California, that the foregoing is true and correct, and that this certificate was
     executed in Springfield, Oregon, on June 1, 2010.

23

24                                                                    s/ Thomas Easton, Esq
     _____

25

26

27

28

     Request for Continuance of Case Management Conference ~                    Page 3 of 4

1

2

3           UNITED STATES DISTRICT COURT

4         NORTHERN DISTRICT OF CALIFORNIA

5

6  TAIWAN CIVIL RIGHTS LITIGATION          NO. C-10-362-VRW
   ORGANIZATION (TCRLO), et al,

7
            Plaintiffs,                    ~~(PROPOSED)~~ ORDER
8
       v.
9

10 KUOMINTANG BUSINESS
   MANAGEMENT COMMITTEE
11 (KBMC), et al.,

12          Defendants.

13 _____

14         This matter coming on before the Court by request of plaintiffs, and good cause

15 appearing, it is hereby ordered that the Case Management Conference set for June 10,

16 2010 is hereby taken off calendar.

17         IT IS SO ORDERED.

18 DATED: June __3__, 2010.

19

20                                    _____
21                                    HONORABLE VAUGHN R. WALKER
                                      United States District Judge
22

23

24

25

26

27

28