**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIWAN CIVIL RIGHTS LITIGATION ORGANIZATION (TCRLO), FORT NIGHT HOLDINGS LLC and PACIFIC SENTRY ASSOCIATES LLC,<br><br>Plaintiffs,<br><br>v<br><br>KUOMINTANG BUSINESS MANAGEMENT COMMITTEE (KBMC) and DOES 1-20,<br><br>Defendants.<br>_____/ | No C 10-362 VRW<br><br>ORDER TO SHOW CAUSE |

The court is in receipt of defendant's "notice of motion to order extends [sic] time for opposition and reply." It seems defendant, which appears to be a business entity, is not represented by counsel. "It is a longstanding rule[, however,] that 'corporations and other unincorporated associations must

appear in court through an attorney.'" <u>D-Beam Ltd Partnership v Roller Derby Skates, Inc</u>, 366 F3d 972, 973-974 (9th Cir 2004) (citations omitted).

Defendant is therefore ORDERED TO SHOW CAUSE in a writing of not more than ten pages on or before December 15, 2010, why defendant's purported representative may appear further in this matter.  Alternatively, defendant may secure counsel and direct that counsel to file a notice of appearance on or before that date.

The hearing scheduled for December 2, 2010, is HEREBY VACATED.  Plaintiffs may re-notice their motion for default judgment after the earlier of defendant's response to this order to show cause or December 16, 2010.

IT IS SO ORDERED.

**VAUGHN R WALKER**
**United States District Chief Judge**