IT IS SO ORDERED

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIWAN CIVIL RIGHTS LITIGATION ORGANIZATION (TCRLO), et al, | NO. C-10-362-JW |
| Plaintiffs, | **ORDER SETTING DEADLINE FOR FILING OF DEFAULT JUDGMENT** |
| v. | |
| KUOMINTANG BUSINESS MANAGEMENT COMMITTEE (KBMC) AKA THE KUOMINTANG OF CHINA (KMT), et al. | |
| Defendants. | |

In light of the Clerk's Entry of Default, the Court sets **September 19, 2011 at 9 a.m.** for

hearing for Plaintiffs' anticipated Motion for Default Judgment to bring this case to a close.

Plaintiffs shall notice and file their Motion in accordance with the Civil Local Rules of Court.

Failure to timely file the Motion may result in dismissal for lack of prosecution pursuant to Fed.

R. Civ. P. 41(b) which is a dismissal on the merits.

Dated: June 10, 2011

_____

JAMES WARE

United States District Chief Judge